MIREYA A.R. LLAURADO, State Bar No. 194882
FEDEX FREIGHT, INC.
3425 Victor Street
Santa Clara, CA  95054
Telephone: 408.654.3186
Facsimile: 408.654.3297
mallaurado@fedex.com

Attorneys for Defendant FEDEX FREIGHT, INC.

JAMES C. ASHWORTH, State Bar No. 151272
THE ASHWORTH LAW OFFICE
1105 Kennedy Place, Suite 8
Davis, CA  95616
Telephone: 530.574.1130
Facsimile: 530.564.4987
jim@theashworthlawoffice.com

Attorneys for Plaintiff ROY TAYLOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY D. TAYLOR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX FREIGHT, INC., an Arkansas Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  1:16-cv-438-AWI-BAM<br><br>**STIPULATION TO EXTEND DEFENDANT'S DEADLINE FOR FILING RESPONSIVE PLEADING; ORDER** |

IT IS HEREBY STIPULATED by and between defendant FEDEX FREIGHT, INC. ("Defendant") and plaintiff ROY TAYLOR ("Plaintiff") and (*collectively* the "Parties"), by and through their attorneys of record:

WHEREAS, Plaintiff filed his Complaint in this case on March 30, 2016;

WHEREAS, Plaintiff served his Complaint on April 11, 2016;

WHEREAS, Defendant requires additional time, but no more than two weeks, to file a responsive pleading;

IT IS HEREBY STIPULATED AND AGREED:

1. The parties have agreed to extend the deadline for Defendant's responsive pleading and any additional filings due to May 16, 2016.

## ORDER

Pursuant to Local Rule 144, and for good cause shown, Defendant FedEx Freight, Inc.'s above stipulation to extend the time to file a Responsive Pleading to May 16, 2016 is GRANTED.

IT IS SO ORDERED.

Dated:   **May 4, 2016**          /s/ *Barbara A. McAuliffe*          
UNITED STATES MAGISTRATE JUDGE