**THE ASHWORTH LAW OFFICE**
**JAMES C. ASHWORTH, SBN 151272**
1105 Kennedy Place, Suite 8
Davis, California  95616
Telephone:   (530) 574-1130
Facsimile:   (530) 564-4987
E-mail:  jim@TheAshworthLawOffice.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ROY TAYLOR, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDEX FREIGHT, INC., an Arkansas Corporation, and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.: 1:16-CV-00438-BAM<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S FOURTH CAUSE OF ACTION FOR RACIAL DISCRIMINATION IN VIOLATION OF FEHA**<br><br><br>Judge:   Hon. Barbara A. McAuliffe<br>Complaint Filed:  March 29, 2016 |

　　　Plaintiff ROY D. TAYLOR and Defendant FEDEX FREIGHT, INC., submit this Stipulation and Order to dismiss the Fourth Cause of Action in Plaintiff's Complaint alleging racial discrimination in violation of California's Fair Employment and Housing Act, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), stipulating as follows:

1

Stipulation and Order to Dismiss Plaintiff's Fourth Cause of Action for Racial Discrimination in Violation of FEHA
Case No. 1:16-CV-00438-BAM

1. On March 29, 2016, Plaintiff filed his complaint in the California Eastern District Federal Court alleging a total of four (4) causes of action against Defendant FEDEX FREIGHT, INC.

2. The parties having completed non-expert discovery, and having met-and-conferred on issues surrounding Defendant's motion for summary judgment, have stipulated to the dismissal of the fourth cause of action in Plaintiff's complaint alleging racial discrimination in violation of California's Fair Employment and Housing Act.

Dated: July 14, 2017                         Respectfully submitted,

                                             THE ASHWORTH LAW OFFICE


                                               /s/ *James C. Ashworth*
                                             JAMES C. ASHWORTH
                                             Attorney for Plaintiff
                                             ROY D. TAYLOR


Dated: July 14, 2017                         Respectfully submitted,

                                             LANG, RICHERT & PATCH


                                               /s/ *Charles Trudrung Taylor*
                                             CHARLES TRUDRUNG TAYLOR
                                             Attorney for Defendant
                                             FEDEX FREIGHT, INC.

2

Stipulation and Order to Dismiss Plaintiff's Fourth Cause of Action for Racial Discrimination in Violation of FEHA
Case No. 1:16-CV-00438-BAM

**ORDER**

Based upon the foregoing, the Court ORDERS:

1. The request to dismiss the Fourth Cause of Action in Plaintiff's Complaint for racial discrimination in violation of California's Fair Employment and Housing Act is hereby GRANTED.

IT IS SO ORDERED.

Dated:   **July 24, 2017**                              /s/ *Barbara A. McAuliffe*
                                                                          UNITED STATES MAGISTRATE JUDGE

3

Stipulation and Order to Dismiss Plaintiff's Fourth Cause of Action for Racial Discrimination in Violation of FEHA
Case No. 1:16-CV-00438-BAM