1  CHARLES TRUDRUNG TAYLOR, #127105
   ANA de ALBA, #253917
2  LANG, RICHERT & PATCH
   Post Office Box 40012
3  Fresno, California 93755-0012
   Telephone: 559.228.6700
4  Facsimile: 559.228.6727
   ctt@lrplaw.net
5  ada@lrplaw.net

6  Attorneys for Defendant FEDEX FREIGHT, INC.

7

8              UNITED STATES DISTRCT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 ROY D. TAYLOR, on behalf of himself         Case No. 1:16-CV-00438-BAM
   and all others similarly situated,
12                                             STIPULATION AND ORDER TO EXTEND
              Plaintiff,                       TIME TO TAKE PLAINTIFF'S EXPERT'S
13                                             DEPOSITON AND TO DESIGNATE
        v.                                     SUPPLEMENTAL EXPERT ECONOMIST
14
   FEDEX FREIGHT, INC., an Arkansas
15 Corporation; and DOES 1 through 10,
   inclusive,                                  Judge:  Honorable Barbara A. McAuliffe
16
              Defendants.                      Complaint Filed:  March 29, 2016
17

18      Plaintiff, Roy Taylor ("Plaintiff"), and Defendant, FedEx Freight, Inc. ("Defendant"), or

19 collectively with Plaintiff, ("the Parties"), by and through their respective counsel, hereby

20 stipulate as follows:

21      WHEREAS, the Scheduling Conference Order in this case sets the time for service of

22 initial expert witness disclosures as no later than June 9, 2017, and supplemental expert witness

23 disclosures as no later than June 23, 2017.

24      WHEREAS, the Scheduling Conference Order further provides that the disclosures must

25 be made pursuant to Federal Rules of Civil Procedure section 26(a)(2)(A) and (B) and include

26 all the information required thereunder.

27 ///

28 ///

---

1

Stipulation and Order to Extend Time to Take Plaintiff's Expert's Deposition, etc.

WHEREAS, Plaintiff timely provided the expert designation for his expert economist; however, he did not provide any of the supporting information as required under the rules and the Scheduling Conference Order.

WHEREAS, Plaintiff provided his expert economists' report and supporting information by email on June 28, 2017, which was five days after the date for supplemental expert witness disclosures;

WHEREAS, the taking of Plaintiff's expert economist's deposition at this time would likely require an updated opinion by Plaintiff's expert economist because Plaintiff will claim that his past economic damages have continued to accrue before trial;

WHEREAS, Defendant did not have an opportunity to timely serve a supplemental expert disclosure;

WHEREAS, the trial in this matter is set for January 23, 2018;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED that Defendant shall be allowed to take Plaintiff's economist's deposition on or before Friday, December 15, 2017; provided, further, that Defendant shall be allowed to serve its supplemental expert witness disclosure for an expert economist no later than Friday, December 29, 2017.

**IT IS SO STIPULATED.**

Dated: July 11, 2017        THE ASHWORTH LAW OFFICE

*/s/ James C. Ashworth*
James C. Ashworth
Attorneys for Plaintiff,
ROY D. TAYLOR

Dated: July 11, 2017        LANG RICHERT & PATCH

*/s/ Charles Trudrung Taylor*
Charles Trudrung Taylor
Attorneys for Defendant
FEDEX FREIGHT, INC.

## **ORDER**

On July 28, 2017, the Court held a telephonic status conference to discuss the above-referenced stipulation of the parties. As indicated at the conference, the Court will grant the stipulated extension of time, but will advance the dates selected by the parties. Accordingly, based on the Court's interest in managing its docket and maintaining the currently scheduled pretrial and trial dates in this matter, **IT IS HEREBY ORDERED** that Plaintiff's expert economist's deposition shall be taken on or before **October 13, 2017**; provided, further, that Defendant FedEx shall be allowed to serve its supplemental expert witness disclosure for an expert economist no later than **October 27, 2017**, with all other deadlines remaining as previously scheduled herein.

IT IS SO ORDERED.

Dated: **July 28, 2017**            /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE