| | |
|---|---|
| 1 | CHARLES TRUDRUNG TAYLOR, #127105 |
| 2 | ANA de ALBA, #253917<br>LANG, RICHERT & PATCH |
| 3 | Post Office Box 40012<br>Fresno, California 93755-0012 |
| 4 | Telephone: 559.228.6700<br>Facsimile: 559.228.6727 |
| 5 | ctt@lrplaw.net<br>ada@lrplaw.net |
| 6 | Attorneys for Defendant FEDEX FREIGHT, INC. |

UNITED STATES DISTRCT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY D. TAYLOR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX FREIGHT, INC., an Arkansas Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:16-CV-00438-BAM<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO TAKE DEPOSITIONS OF JOHN DIAZ AND JERRY DE LA FUENTE, PLAINTIFF'S EXPERT'S DEPOSITON, AND TO DESIGNATE SUPPLEMENTAL EXPERT ECONOMIST**<br><br>Judge: Honorable Barbara A. McAuliffe<br><br>Complaint Filed: March 29, 2016 |

Plaintiff, Roy Taylor ("Plaintiff"), and Defendant, FedEx Freight, Inc. ("Defendant"), or collectively with Plaintiff, ("the Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, non-expert discovery cut off was June 30, 2017;

WHEREAS, Defendant filed a motion for summary judgment or, in the alternative, partial summary judgment on July 20, 2017, and Plaintiff filed an opposition to Defendant's motion on August 4, 2017;

\\\

\\\

1

Stipulation and Order to Extend Time to Take Depositions of John Diaz and Jerry De La Fuente, etc.

1 WHEREAS, in support of Plaintiff's opposition, Plaintiff provided declarations from two witnesses, John Diaz and Jerry De La Fuente, whom Plaintiff was not aware of and whom he had not previously disclosed pursuant to the Federal Rules of Civil Procedure, Rule 26 Initial Disclosures;

WHEREAS, because non-expert discovery cutoff was on June 30, 2017, and because Plaintiff did not disclose Mr. Diaz or Mr. De La Fuente as part of his initial disclosures, Defendant would like to take their depositions before the November 9, 2017 pre-trial conference;

WHEREAS, the Stipulation and Order to Extend Time to Take Plaintiff's Expert's Deposition and to Designate Supplemental Expert Economist [Doc. No. 32] in this case extended the time to take Plaintiff's expert economist's deposition to on or before October 13, 2017, and provided further that Defendant FedEx shall be allowed to serve its supplemental expert witness disclosure for an expert economist no later than October 27, 2017;

WHEREAS, Plaintiff's economist expert is unable to provide a supplemental report until after October 15, 2017;

WHEREAS, the Parties do not anticipate that this Stipulation and Order will interfere with any dates previously set by the Court in the Scheduling Order;

WHEREAS, the trial in this matter is set for January 23, 2018;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED that Defendant shall be allowed to take the depositions of Mr. Diaz and Mr. De La Fuente prior to the November 9, 2017 pretrial conference, and it is further agreed that Defendant may take Plaintiff's economist's deposition on or before November 1, 2017; provided, further, that Defendant shall be allowed to serve its supplemental expert witness disclosure for an expert economist no later than Wednesday, November 8, 2017.

///
///
///
///

**IT IS SO STIPULATED.**

Dated: October 5, 2017	THE ASHWORTH LAW OFFICE

　	/s/ James C. Ashworth
James C. Ashworth
Attorneys for Plaintiff,
ROY D. TAYLOR

Dated: October 5, 2017	LANG RICHERT & PATCH

　	/s/ Charles Trudrung Taylor
Charles Trudrung Taylor
Attorneys for Defendant
FEDEX FREIGHT, INC.

**ORDER**

The Parties having so stipulated and good cause appearing therefor,

**IT IS HEREBY ORDERED** Defendant shall be allowed to take the depositions of Mr. Diaz and Mr. De La Fuente prior to the November 9, 2017 pretrial conference, and it is further agreed that Defendant may take Plaintiff's economist's deposition on or before November 1, 2017; provided, further, that Defendant shall be allowed to serve its supplemental expert witness disclosure for an expert economist no later than Wednesday, November 8, 2017, with all other deadlines remaining as previously scheduled herein.

IT IS SO ORDERED.

Dated: **October 10, 2017**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE