# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY TAYLOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDEX FREIGHT, INC.,<br><br>　　　　Defendant. | Case No. 1:16-cv-0438-BAM<br><br>ORDER GRANTING THE STIPULATION IN LIEU OF MOTIONS IN LIMINE<br><br>(Doc. 55) |

On December 18, 2017, the parties filed a stipulation in lieu of motions in limine stating that:

"The parties, their counsel, and witnesses hereby stipulate and agree that they are prohibited from referring to, calling, commenting on, marking, or introducing into evidence information as set forth below, except as otherwise provided herein."

The Joint Stipulation lists the areas of evidence which fall within the stipulation

Based on the Joint Stipulation representing that the motions in limine are unopposed, the stipulation in lieu of motions in limine (Doc. 55) is GRANTED. Despite this stipulation, the motions in limine hearing set for January 16, 2018 at 10:00 am before Judge Barbara A. McAuliffe will remain on the calendar as a trial status conference to discuss trial procedures, including the coordination of witnesses.

IT IS SO ORDERED.

Dated: **December 20, 2017**　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1