**THE ASHWORTH LAW OFFICE**
**JAMES C. ASHWORTH, SBN 151272**
770 L Street, Ste. 950
Sacramento, California 95814
Telephone: (530) 574-1130
Facsimile: (530) 564-4987
E-mail: jim@TheAshworthLawOffice.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| ROY TAYLOR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX FREIGHT, INC., an Arkansas Corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 1:16-CV-00438-BAM<br><br>**STIPULATION AND ORDER RE TESTIMONY OF JERRY DE LA FUENTE VIA VIDEOCONFERENCE**<br><br>**Trial:** June 12, 2018<br>**Time:** 8:30 a.m<br>**Dept.:** 8<br><br>Judge: Hon. Barbara A. McAuliffe<br>Complaint Filed: March 29, 2016 |

Plaintiff ROY D. TAYLOR and Defendant FEDEX FREIGHT, INC., submit the following Stipulation and Order to permit the testimony of percipient witness Jerry De La Fuente via videoconference through a court reporter service located in Medford, Oregon.

On or about November 20, 2017, Plaintiff filed a motion to permit a percipient witness, Jerry De La Fuente, to testify via videoconference from the State of Oregon where Mr. De La Fuente resides.

1

On December 20, 2017, the Court granted Plaintiff's motion to allow Mr. De La Fuente permission to testify via videoconference from the state of Oregon (see Court Document No. 56).

On May 22, 2018, the parties' attorneys appeared in Court to deposit trial materials and have an IT walkthrough with the court staff.  At the time of the IT walkthrough, the matter of the videoconference testimony was discussed and it was learned that there had been past problems with making arrangements through other courthouses.

Plaintiff's counsel has secured a location and videoconference firm that can provide the necessary services in Medford, Oregon.  The parties have agreed to stipulate to allow Mr. De La Fuente to testify via videoconference through a court reporter's office rather than at the Medford, Oregon, Federal Courthouse in order to avoid any potential logistical problems.

Dated:  June 1, 2018                    Respectfully submitted,

THE ASHWORTH LAW OFFICE

  /s/ *James C. Ashworth*
JAMES C. ASHWORTH
Attorney for Plaintiff
ROY D. TAYLOR

Dated:  June 1, 2018

LANG, RICHERT & PATCH

  /s/ *Charles Trudrung Taylor*
CHARLES TRUDRUNG TAYLOR
Attorney for Defendant
FEDEX FREIGHT, INC.

///

## **ORDER**

Based upon the foregoing, IT IS HEREBY ORDERD that Plaintiff's request to permit percipient witness Jerry De La Fuente to testify at trial via videoconference from Medford, Oregon, on June 13, 2018, at 9:00 a.m. from the law offices of James A. Wickre, located at 816 West 8th Street, is GRANTED.

IT IS SO ORDERED.

Dated: **June 4, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE