

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROY TAYLOR,
    Plaintiff,

vs.

FEDEX FREIGHT, INC.,
    Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

1: 16-cv-00438-BAM

JURY VERDICT:    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED that Judgment in favor of Defendant FedEx Freight, Inc., and against Plaintiff Roy Taylor. The Clerk of the Court is instructed to CLOSE THIS CASE.

DATED: June 20, 2018

MARIANNE MATHERLY, Clerk

By:   /s/ Esther Valdez
       Deputy Clerk